UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| WILLIAM GIRLINGHOUSE and<br>TONI GIRLINGHOUSE<br><br>    Plaintiffs,<br>v.<br><br>CAPELLA HEALTHCARE, INC.;<br>NPMC HOLDINGS, LLC;<br>HOT SPRINGS NATIONAL PARK HOSPITAL<br>HOLDINGS, LLC D/B/A NATIONAL PARK<br>MEDICAL CENTER<br><br>    Defendants. | § § § § § § § § § § § § § § | CASE NO. CV-15-6008 |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOT SPRINGS NATIONAL PARK HOSPITAL HOLDINGS LLC D/B/A NATIONAL PARK <u>MEDICAL CENTER ONLY</u>**

TO THE HONORABLE COURT:

COME NOW Plaintiffs who file this Notice of Dismissal Without Prejudice as to Refiling of Same, and respectfully show the Court as follows:

**I.**

1. This suit was filed on January 28, 2015.

2. No Defendant has filed an Answer as of the date of filing this document.

3. As authorized by the Federal Rules of Civil Procedure, Rule 41, Plaintiffs file this Notice of Dismissal Without Prejudice as to Refiling of Same and without the necessity of a Court Order.

4. Plaintiffs desire to continue pursuit of all other claims against all other Defendants.

FOR THESE REASONS, Plaintiffs respectfully request that Defendant Hot Springs National

Park Hospital Holdings LLC D/B/A National Park Medical Center be dismissed without prejudice to refiling of same.

        Respectfully submitted,

        **THE GIRARDS LAW FIRM**

        /s/ James E. Girards
        _____
        James E. Girards, AR Bar No. 2006017
        10,000 N. Central Expressway, Suite 400
        Dallas, Texas 75231
        jim@girardslaw.com
        Telephone 214.346.9529
        Facsimile 214.346.9532

        **ATTORNEYS FOR PLAINTIFFS**