IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GIRLINGHOUSE and                                              PLAINTIFF
TONI GIRLINGHOUSE

       v.                           Civil No. 15-6008

CAPELLA HEALTHCARE, INC., et al                                        DEFENDANT(S)

## AMENDED CLERK'S ORDER OF DISMISSAL OF PARTIES

On this 1st day of April, 2015, the plaintiff herein, having filed this Notice of Dismissal of separate defendants, Hot Springs National Park Hospital Holdings, LLC D/B/A National Park Medical Center, pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice as to this separate defendant only.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY:  /s/ Heather N. Conklin
      Deputy Clerk