IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GIRLINGHOUSE and
TONI GIRLINGHOUSE                                                          PLAINTIFFS

V.                             NO. 6:15-CV-06008-RTD

CAPELLA HEALTHCARE, INC., et al.                                           DEFENDANTS

### MOTION TO DISMISS FOR LACK OF SERVICE OF PROCESS

Pursuant to Rules 12(b)(4) and (5) of the Federal Rules of Civil Procedure, defendants Capella Healthcare, Inc. ("Capella") and NPMC Holdings, LLC ("NPMC"), move to dismiss the plaintiffs' complaint with prejudice for insufficient process and insufficient service of process and for grounds, state:

1. Plaintiffs never attempted service on Capella or NPMC. Indeed, plaintiffs never even had a summons issued to these defendants.

2. The time for service has now expired, and the statute of limitations applicable to this medical-malpractice action has now run. *See* Ark. Code Ann. § 16-114-203; Fed. R. Civ. P. 4(m).

3. Accordingly, because plaintiffs did not obtain proper service of valid process within 120 days of filing their complaint, this action must be dismissed. Fed. R. Civ. P. 4(m), 12(b)(4), (5).

4. Moreover, because plaintiffs did not timely commence this action under substantive Arkansas law within the applicable statute of limitations, the dismissal must be with prejudice.

1262375-v1

5. In accordance with Local Rule 7.2, Capella and NPMC are filing a memorandum brief in support of this motion.

WHEREFORE, defendants Capella Healthcare, Inc., and NPMC Holdings, LLC, pray that the Court dismiss the plaintiffs' complaint with prejudice and for all other proper relief.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201-3699
>(501) 371-0808
>FAX: (501) 376-9442
>E-MAIL: dglover@wlj.com
>          mthompson@wlj.com

>By /s/ David P. Glover
>    David P. Glover (99148)
>    Michael A. Thompson (2010146)
>    *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. James E. Girards
THE GIRARDS LAW FIRM
10,000 N. Central Expressway, Suite 400
Dallas, Texas 75231

>/s/ David P. Glover
>David P. Glover