IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GIRLINGHOUSE and
TONI GIRLINGHOUSE                                                                          PLAINTIFFS

V.                              NO. 6:15-CV-06008-RTD

CAPELLA HEALTHCARE, INC., et al.                                              DEFENDANTS

## RENEWED MOTION TO DISMISS

Pursuant to Rules 12(b)(4), (5), and (6) of the Federal Rules of Civil Procedure, defendants Capella Healthcare, Inc. ("Capella"), and NPMC Holdings, LLC ("NPMC"), file this renewed motion to dismiss plaintiff's complaint with prejudice and, for grounds, state:

1.      On June 10, 2015, Capella and NPMC moved to dismiss plaintiffs' complaint with prejudice because plaintiffs never attempted timely service and, as a result, did not timely commence this action under substantive state law within the applicable statute of limitations.  (Doc. No. 11.)

2.      On August 27, 2015, the Court denied that motion.  (Doc. No. 21.) Although the parties' briefing raised a number of issues, the basis for the Court's order was its decision to grant plaintiffs a discretionary extension of time for service under Rule 4(m) of the Federal Rules of Civil Procedure.

3.      Plaintiffs subsequently served their complaint on the defendants on September 22, 2015.

4.      Capella and NPMC respectfully submit that because plaintiffs allowed the time for service to lapse without attempting service or moving for an extension, the filing of their complaint did not effectively commence this action under substantive Arkansas state law, and the statute of limitations expired.

5.      Because the statute of limitations expired, the Rule 4(m) extension could not revive this time-barred claim.

6.      Accordingly, Capella and NPMC now renew their motion to dismiss.[1]

7.      In accordance with Local Rule 7.2, Capella and NPMC are filing a memorandum brief in support of this motion.

WHEREFORE, defendants Capella Healthcare, Inc., and NPMC Holdings, LLC, pray that the Court grant their motion, dismiss plaintiffs' complaint with prejudice, and for all other proper relief.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:  dglover@wlj.com
               mthompson@wlj.com


By /s/ David P. Glover
    David P. Glover (99148)
    Michael A. Thompson (2010146)
    *Attorneys for Defendants*

---

[1] Capella and NPMC acknowledge that the Court previously addressed this argument.  This motion is filed, in part, to ensure that the defendants' arguments for dismissal are not waived and are preserved for appeal.  To that end, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Capella and NPMC adopt and incorporate by reference their original motion, the brief in support of that motion (Doc. No. 12), and the reply to the plaintiff's response to that motion (Doc. No. 15).

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. James E. Girards
THE GIRARDS LAW FIRM
10,000 N. Central Expressway, Suite 400
Dallas, Texas 75231

/s/ David P. Glover
David P. Glover