IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GIRLINGHOUSE
and TONI GIRLINGHOUSE                                          PLAINTIFFS

v.                              NO. 15-6008

CAPELLA HEALTHCARE, INC.
and NPMC HOLDINGS, LLC                                        DEFENDANTS


**ORDER**

Currently before the Court for consideration are Defendants' renewed motion to dismiss and supporting brief (Docs. 24-25), and Plaintiffs' response in opposition (Doc. 26).

In its Memorandum Opinion and Order entered herein on August 27, 2015 (Doc. 21), this Court denied Defendants' previous motion to dismiss (Doc. 11) and granted an extension of Plaintiffs' deadline to accomplish service upon Defendants. According to Defendants, service was accomplished on September 22, 2015, and they filed their renewed motion to dismiss on October 8, 2015. Defendants acknowledge in their renewed motion that the Court has already addressed the statute of limitations argument they advance therein, and state that the filing of the renewed motion is intended in part to ensure that this argument is not waived and is properly preserved for appeal. Plaintiffs concur that the Court has already addressed the argument raised in Defendants' renewed motion in its prior order.

Accordingly, for the reasons set forth in the Court's Memorandum Opinion and Order entered herein August 27, 2015 (Doc. 21), the Court finds that Defendants' renewed motion to dismiss (Doc. 24) should be and hereby is **DENIED.**

IT IS SO ORDERED this 9th day of November, 2015.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge