IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GIRLINGHOUSE, et al.                                        PLAINTIFFS

v.                                    Case No. 6:15-cv-6008

CAPELLA HEALTHCARE, et al.                                          DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment.  (ECF No. 47).
Plaintiffs have filed a response.  (ECF No. 52).  Defendants have filed a reply.  (ECF No. 55).
Plaintiffs have filed a sur-reply.  (ECF No. 59).  Defendants have filed a response to Plaintiffs'
sur-reply.  (ECF No. 61).  The Court finds this matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that
Defendants' Motion for Summary Judgment (ECF No. 47) should be and hereby is **GRANTED**.
Plaintiffs' case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of September, 2016.


                                             /s/ Susan O. Hickey
                                             Susan O. Hickey
                                             United States District Judge